UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RURAL COALITION, et al., | ) |
| | ) Case No. 20-73220 |
| *Petitioners*, | ) |
| | ) EPA No. EPA-HQ-OPP-2013-0250 |
| v. | ) |
| | ) DECLARATION OF |
| U.S. ENVIRONMENTAL | ) STEPHANIE M. PARENT RE: |
| PROTECTION AGENCY, | ) MOTION TO REOPEN PETITION, |
| et al., | ) ORDER A DEADLINE TO |
| | ) COMPLETE REMANDED |
| *Respondents*, | ) PROCEEDINGS, AND TO |
| | ) ENFORCE ORDER REQUIRING |
| SYNGENTA CROP | ) STATUS REPORTS |
| PROTECTION, LLC, | ) |
| | ) |
| *Intervenor.* | ) |
| | ) |

I, STEPHANIE M. PARENT, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I am co-counsel in this matter.

2. On December 5, 2024, I emailed counsel for the U.S. Environmental Protection Agency ("EPA") to ask about the status of the status report that EPA was required to file by November 20, 2024.

3. Following some discussion via email, on December 16, 2025, counsel for EPA informed counsel for Petitioners that it is "implicit" in

the Clerk's administrative closure that EPA is no longer required to file status reports every ninety days.

4. On February 18, 2025, I contacted counsel for all parties to ask whether the motion could be filed unopposed in accordance with Circuit Rule 27-1(2). On the same date, I had a phone conversation with counsel for EPA to provide further information regarding the motion. To date, EPA and Intervenor have not indicated whether they will oppose the motion. Petitioners will update the Court should they learn that the motion is unopposed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

        Executed this 19th day of February 2025 in Portland, OR,

                              *s/ Stephanie M. Parent*
                              STEPHANIE M. PARENT