UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RURAL COALITION, et al., | Case No. 20-73220 |
| *Petitioners,* | |
| | EPA No. EPA-HQ-OPP-2013-0250 |
| v. | |
| | PETITIONERS' NOTICE OF |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | CHANGE OF STATUS OF CASE CITE IN REPLY IN SUPPORT OF MOTION TO REOPEN PETITION, ORDER A DEADLINE TO |
| *Respondents,* | COMPLETE REMANDED PROCEEDINGS, AND TO |
| SYNGENTA CROP PROTECTION, LLC, | ENFORCE ORDER REQUIRING STATUS REPORTS |
| *Intervenor.* | |

Yesterday, shortly after Petitioners filed their reply in support of the motion to order a deadline to complete remanded proceedings, the district court issued its order in the case concerning the U.S. Fish and Wildlife Service's ("FWS") unreasonable delay in completing Endangered Species Act ("ESA") consultations on several pesticides, including atrazine. Petrs' Reply, Dkt. Entry 51 at 8-9; *Ctr. for Biological Diversity v. U.S. Fish & Wildlife Serv.*, Case No. 4:22-cv-00090-JCH, ECF 50, 2025 U.S. Dist. LEXIS 44532 (D. Az. Mar. 12, 2025).

The district court held that FWS unreasonably delayed completion

of ESA consultation on atrazine and the four other pesticides at issue. *Ctr. for Biological Diversity*, 2025 U.S. Dist. LEXIS 44532, *40-41. It ordered FWS to complete the atrazine consultation and issue a biological opinion on or before March 31, 2026. *Id.*, *41.

FWS argued that its estimated timeline "is 'entirely dependent on when EPA provides the necessary supplemental information' . . . ." *Id.*, *28 (quoting FWS reply in support of cross-motion for summary judgment). The court also ordered FWS to file status reports, including "whether EPA is on schedule to provide the information FWS plans to use" to complete the consultations. *Id.*, *41.

EPA's plan not to complete the remand proceedings on the concentration of atrazine in water until September 30, 2026, six months after FWS completes the ESA consultation causes unreasonable delay in what was to be a limited voluntary remand.

Respectfully submitted this 13th day of March, 2025.

| /s/ Stephanie M. Parent | /s/ George A. Kimbrell |
|---|---|
| Stephanie M. Parent | George A. Kimbrell |
| Center for Biological Diversity | Center for Food Safety |
| P.O. Box 11374 | 2009 NE Alberta Street, Suite 207 |
| Portland, OR 97211 | Portland, OR 97211 |
| T: (971) 717-6404 | T: (971) 271-7372 |
| sparent@biologicaldiversity.org | gkimbrell@centerforfoodsafety.org |

2

Sylvia Shih-Yau Wu
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770
Email: swu@centerforfoodsafety.org

*Attorneys for Petitioners*