**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RURAL COALITION; et al., | No. 20-73220 |
| Petitioners, | EPA No. EPA-HQ-OPP-2013-0250 |
| v. | Environmental Protection Agency |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; et al., | ORDER |
| Respondents, | |
| ——————————————— | |
| SYNGENTA CROP PROTECTION, LLC, | |
| Intervenor. | |

Before: BADE and DE ALBA, Circuit Judges.

The motion (Docket Entry No. 48) is granted in part and denied in part. Petitioners' request to reopen this petition and order a deadline for respondents to complete reconsideration proceedings is denied. Petitioners' unopposed request for status reports is granted. Within 90 days after the date of this order, and every 90 days thereafter until the reconsideration proceedings are completed, respondents must file a report on the status of those proceedings. Within 21 days after completion of the reconsideration proceedings, respondents must file a status report and may request appropriate relief.

This order is without prejudice to petitioners filing a petition for a writ of

2

mandamus. *See In re Pesticide Action Network N. Am.*, 798 F.3d 809, 813 (9th Cir. 2015) (this court has authority to issue a writ of mandamus directing a federal agency to act where the agency has unreasonably delayed).