UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| RURAL COALITION, et al., | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | |
| v. | ) | Case No. 20-73220 |
| | ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| SYNGENTA CROP PROTECTION, LLC, | ) ) | |
| | ) | |
| *Intervenor.* | ) | |

## **STATUS REPORT**

Respondents Environmental Protection Agency and Administrator

Lee Zeldin (collectively, "EPA" or "the Agency") file this status report

pursuant to the Court's March 28, 2025, Order.  Dkt. No. 53.  This

Court directed EPA to file a status report regarding the status of

reconsideration proceedings every 90 days.  *Id.*

EPA states as follows:

1.	EPA sought a partial voluntary remand to reconsider a portion of the assessment of ecological risks identified in the Interim Registration Review Decision for the pesticide atrazine ("Interim Decision").  Dkt. No. 26-1.  Specifically, EPA sought remand to reevaluate the determination that the concentration of 15 micrograms per liter ("μg/L") triggers required monitoring and/or mitigation to protect the aquatic ecosystem.  *Id.* at 7.

2.	The Court granted EPA's request on December 14, 2021. Dkt. No. 31.

3.	EPA has filed eleven status reports updating the Court on the steps the Agency has taken and anticipated timeframes for additional actions.  Dkt. Nos. 32–39, 42–44.

4.	EPA's notice of availability and request for comment on the proposed revisions to the Interim Decision was made available for public comment from July 5, 2022 to October 7, 2022.  *See* 87 Fed. Reg. 39822 (July 5, 2022); Dkt. No. 38-2, August 2023 Declaration of Mary Elissa Reaves ("Reaves Decl."), ¶ 7.  EPA received over 68,000 comments on the proposed revisions.  Reaves Decl. ¶ 8.  EPA is

reviewing the timely submitted comments, and as appropriate, developing responses to comments. *Id.*

5.     On remand, EPA determined that aspects of the Agency's aquatic plant risk assessment supporting the revisions to the Interim Decision should undergo an additional round of peer review by the FIFRA Scientific Advisory Panel (the "Panel").[1] *Id.* ¶ 9.

6.     In preparation for the Panel, EPA issued a white paper on the "Examination of Mesocosm and Microcosm Studies for Evaluating the Effects of Atrazine on Aquatic Plant Communities" that included seven "charge questions" for the Panel. *See* White Paper at 16.

7.     The Panel met on August 22–24, 2023 to discuss and answer the charge questions. *See* Meeting Agenda; Reaves Decl. ¶ 10. Specifically, the Panel considered the Agency's reevaluation of eleven atrazine microcosm and mesocosm studies previously identified by the Panel in 2012 as warranting further review, whether the studies should be included in the Agency's analysis and, if appropriate, whether they show an effect on the aquatic plant community. 88 Fed. Reg. 17843–45 (March 24, 2023).

---

[1] *See* https://www.epa.gov/sap.

8.      On November 16, 2023, EPA posted to the public docket the
meeting minutes and the Panel's final report.  *See* Transmittal of the
Meeting Minutes and Final Report.  The report included
recommendations related to the issue on remand (i.e., what
concentration triggers required monitoring and/or mitigation to protect
the aquatic ecosystem).  *Id.*

9.      On February 29, 2024, EPA responded to the Panel's report,
explaining that some of the Panel's recommendations aligned with
EPA's conclusions, while others did not.  *See* EPA's Response.
Specifically, the Panel recommended that EPA exclude three study
groups from the cosm database.  *Id.* at 2–3.  After reviewing the Panel's
report, EPA agreed with the Panel and adopted its recommendation.
*Id.* at 3.

10.    On July 8, 2024, EPA released an updated proposal that
includes the new concentration level that will trigger mitigation and
updated maps showing where mitigation may be required, and provides
next steps related to any proposed revisions to mitigation and/or
monitoring for the aquatic ecosystem.  *See* Update to "EFED Support
Documentation for the Proposed Revisions to the Atrazine Interim

Registration Review Decision Regarding Risks to Aquatic Plant

Communities*"* and High Resolution Map of HUC 12 Watersheds.

11.　　On December 5, 2024, EPA released for public comment

updates to the mitigation proposal in the Interim Decision. June 2025

Declaration of Jean Overstreet ("Overstreet Decl."), ¶ 13. The updated

mitigation proposal incorporates a revised concentration-equivalent

level of concern of 9.7 µg/L as well as corrections to the exposure

modeling and feedback received during the 2022 public comment period.

Overstreet Decl. ¶ 13.

12.　　On January 20, 2025, there was a change in administration.

EPA Administrator Lee Zeldin was confirmed on January 29, 2025, and

the agency has filled several Administration appointee positions across

EPA. Dkt. 49-2, March 2025 Declaration of Edward Messina, ¶ 24.  EPA

staff have since briefed new leadership on the issues relating to this

litigation.  Overstreet Decl. ¶ 17.

13.　　On February 3, 2025, EPA extended the public comment

period on the updated mitigation proposal until April 4, 2025, to "allow

interested parties additional time to thoroughly review and analyze

how these notices may impact parties potentially subject to them." 90

Fed. Reg. 8798 (Feb. 3, 2025). *Id.* ¶ 14.

14.    On February 19, 2025, Petitioners filed a Motion to Reopen

Petition, Order a Deadline to Complete Remanded Proceedings, and to

Enforce Order Requiring Status Reports. Dk. No. 48. EPA filed a

Partial Opposition to Petitioners' Motion to Reopen Petition, Order a

Deadline to Complete Remand Proceedings, and to Enforce Order

Requiring Status Reports, and accompanying Edward Messina

Declaration. Dk. No. 49-1; 49-2.  On March 28, 2025, the Court denied

the motion to reopen this petition and order a deadline to complete

reconsideration proceedings, but granted Petitioners' unopposed request

for status reports. Dk No. 53.

15.    Since the briefing and subsequent order, the public comment

period for updates to the mitigation proposal has closed. EPA received

approximately 34,000 public comments. Overstreet Decl. ¶15. Several of

the comments received included numerous attachments such as

scientific journal articles and other supporting documentation that will

potentially require additional internal review efforts to evaluate how

the information received will be utilized to determine if any changes to EPA's 2024 mitigation proposal are needed. *Id.* ¶ 16.

16.    This summer, EPA expects to perform an initial screen of the public comments and assign them for review by the appropriate science divisions within Office of Pesticide Programs, namely the Ecological Fate and Effects Division (EFED), the Biological and Economic Analysis Division (BEAD), and the Pesticide Re-evaluation Division (PRD). *Id.* ¶ 18. Staff from EFED, BEAD, and PRD will review the comments, and EPA will then determine whether any changes are needed to its 2024 mitigation proposal as well as develop responses, as appropriate, to these comments. *Id.*

17.    EPA has also been in ongoing consultations with the National Marine Fisheries Service and the Fish and Wildlife Service ("FWS") under ESA section 7(a)(2). *Id.* ¶ 19; Dk. No. 49-1, EPA's Partial Opposition to Petitioners' Motion to Reopen Petition, Order a Deadline to Complete Remand Proceedings, and to Enforce Order Requiring Status Report, at 7 (Mar. 3, 2025).

18.    In recent months, EPA has been working with FWS on the ongoing section 7(a)(2) ESA formal consultation on the registration review of atrazine and simazine. Overstreet Decl. ¶ 20.

Dated:  June 26, 2025                    Respectfully submitted,


ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
U.S. Department of Justice
Environment & Natural
Resources  Division


*/s/ Sanya Shahrasbi*
SANYA SHAHRASBI
*Attorney*
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
sanya.shahrasbi@usdoj.gov
Tel: (202) 305-0386

*Attorneys for Respondents*
*U.S. Environmental Protection*
*Agency and Administrator*
*Lee Zeldin*

8

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in Microsoft Word using 14-point Century Schoolbook, a proportionally spaced font.

/s/ Sanya Shahrasbi
Sanya Shahrasbi
Attorney for Respondents U.S. EPA
and Administrator Lee Zeldin

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document using the Electronic Case Filing ("ECF") system of this Court. The ECF system will send a "Notice of Electronic Filing" to the attorneys of record.

/s/ Sanya Shahrasbi
Sanya Shahrasbi
Attorney for Respondents U.S. EPA
and Administrator Lee Zeldin