UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| RURAL COALITION, et al., <br><br> *Petitioners,* <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> *Respondents.* <br><br> ──────────────────── <br><br> SYNGENTA CROP PROTECTION, LLC, <br><br> *Intervenor.* | Case No. 20-73220 |

DECLARATION OF JEAN OVERSTREET IN SUPPORT OF U.S. ENVIRONMENTAL PROTECTION AGENCY'S STATUS REPORT

**I. Background**

1. I, Jean Overstreet, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief and that they are based upon my personal knowledge, information contained in the records of the United States Environmental Protection Agency (EPA), and/or information supplied to me by EPA employees under my supervision and in other EPA offices. *See* 28 U.S.C. § 1746.

2. I am the Director of the Pesticide Re-evaluation Division (PRD), Office of Pesticide Programs (OPP), EPA. I have worked for EPA for 26 years. Since coming to the Agency in August 1997, I have served in various positions within OPP, including as Acting Branch Chief of the Risk Management and Implementation Branch IV of PRD from April 2012 to September 2012. I served as Branch Chief of the Communications Services Branch within the Field and External Affairs Division (FEAD) from September 2012 to February 2018 and was Acting Deputy Division Director of the Biopesticides and Pollution Prevention Division from February 2018 through August 2018. I also served as Branch Chief of PRD's Certification and Worker Protection Branch in from August 2018 through May 2019. I was the Deputy Director of the Biopesticides and Pollution Prevention Division (BPPD) from May 2019 until May 2022. During a portion of that time, I served as both the Deputy and the Division Director of BPPD from June 2020 until September of 2020. I was the Acting Director for the Biological and Economic Analysis Division from May 2022 until March 2023 and served as the permanent Director from March 2023 until May 2024. I have been the Director of PRD since May 2024.

3. PRD is the division within OPP assigned with the responsibility to develop EPA's regulatory position regarding the re-evaluation of conventional pesticides that are currently registered under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA). Part of PRD's responsibility includes overseeing the periodic "registration review" of conventional pesticides as required by section 3(g) of FIFRA, 7 U.S.C. § 136a(g). EPA's essential responsibility under registration review is to review each registered pesticide at least every 15 years to determine whether it continues to meet the FIFRA standard for registration.

4. As laid out in EPA's Motion for Partial Remand (Dkt. No. 26-1), EPA requested a partial remand of the Interim Registration

Review Decision for the pesticide atrazine (Interim Decision). Specifically, EPA sought voluntary remand to reconsider whether additional monitoring and/or mitigation is necessary to reduce exposure to the aquatic ecosystem and potential risk to non-target species. EPA was uncertain about the determination that the 60-day average concentration level of 15 µg/L is the appropriate concentration for requiring monitoring and/or mitigation to protect the aquatic ecosystem.

5. This declaration is filed in support of EPA's Status Report.

## II. Updates on EPA's Reconsideration of the Interim Decision on Remand

6. The following paragraphs explain the progress and anticipated next steps for EPA's review of the Interim Decision on remand. This review is being conducted as expeditiously as practicable.

7. On July 5, 2022, EPA released for public comment proposed revisions to the Interim Decision. The proposed revisions were initially open for public comment for 60 days, or until September 6, 2022, but EPA received numerous requests to extend the deadline due to the complexity of the proposed revisions. EPA extended the public comment period by 30 days, or until October 7, 2022.

8. EPA received over 68,000 comments on the proposed revisions. EPA reviewed the timely submitted comments and, as appropriate, developing responses to those comments.

9. EPA determined that aspects of the agency's aquatic plant risk assessment supporting the revisions to the Interim Decision should undergo an additional round of peer review by the FIFRA Scientific Advisory Panel (Panel).

10. The Panel held a virtual public meeting August 22–24, 2023 and released a report on November 16, 2023.

11. EPA responded to the Panel's report on February 29, 2024.

12. On July 8, 2024, EPA released an update to the level at which atrazine is expected to adversely affect aquatic plant communities. EPA announced that the revised CE-LOC of 9.7 µg/L, which was derived following the August 2023 SAP peer review, would be used to develop a revised regulatory decision to help protect aquatic plant communities as well as fish, invertebrates, and amphibians.

13. On December 5, 2024, EPA released for public comment updates to the mitigation proposal in the Interim Decision. The updated mitigation proposal incorporates a revised CE-LOC of 9.7 µg/L as well as corrections to the exposure modeling and feedback received during the 2022 public comment period.

14. EPA extended the comment period for the updated mitigation proposal to April 4, 2025, "to allow interested parties additional time to thoroughly review and analyze how these notices may impact parties potentially subject to them." 90 Fed. Reg. 8789 (Feb. 3, 2025).

15. EPA received approximately 34,000 public comments. Many of the comments received were signature campaigns and other forms of mass mailers submissions.

16. Several of the unique comments received also included numerous attachments such as scientific journal articles and other supporting documentation that will potentially require additional internal review efforts to evaluate how the information received will be utilized to determine if any refinements to our 2024 mitigation proposal are needed.

17. EPA staff briefed management as well as the new EPA political leadership on the background and issues relating to this litigation on April 2, 2025.

18. During this summer, EPA expects to perform an initial screen of the public comments and assign them for review by the appropriate science divisions within OPP, namely the Ecological Fate and Effects Division (EFED), the Biological and Economic Analysis Division (BEAD), and the Pesticide Re-evaluation Division (PRD). Staff from EFED, BEAD, and PRD will review the comments, and EPA will then determine whether any changes are needed to its 2024 mitigation proposal as well as develop responses, as appropriate, to these comments.

19. Along with EPA staff's work on the remanded issue in the Interim Decision, EPA has been in ongoing consultations with the National Marine Fisheries Service and the Fish and Wildlife Service ("FWS") under ESA section 7(a)(2). Dkt. No. 49-1, EPA's Partial Opposition to Petitioners' Motion to Reopen Petition, Order a Deadline to Complete Remand Proceedings, and to Enforce Order Requiring Status Reports, at 7 (Mar. 3, 2025).

20. In recent months, the same EPA staff have been working with FWS on the ongoing section 7(a)(2) ESA formal consultation on the registration review of atrazine and simazine.

## III. Conclusion

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Jean Overstreet*
June 26, 2025
Jean Overstreet

Director
Pesticide Re-Evaluation Division
Office of Pesticide Programs
U.S. Environmental Protection Agency